reasonable formula or method for determining the percentage of exempt use to total use. In all other respects, leave to appeal is denied, because we are not persuaded that the remaining questions presented should be reviewed by this Court. We do not retain jurisdiction.

*In re* CM, No. 150647; Court of Appeals No. 322913. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we remand this case to the Court of Appeals for consideration as on leave granted.

PEOPLE V GASTON, Nos. 151257 and 151296; Court of Appeals No. 319018. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we vacate that part of the judgment of the Court of Appeals that vacated the defendant's sentence and remanded for resentencing, and we remand this case to the Court of Appeals for reconsideration in light of *People v Lockridge*, 498 Mich 358 (2015). In all other respects, leave to appeal is denied because we are not persuaded that the remaining questions presented should be reviewed by this Court. We do not retain jurisdiction.

PEOPLE V JASON DONALD JOHNSON, No. 151813; Court of Appeals No. 326504. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we remand this case to the Court of Appeals for consideration, as on leave granted, of the defendant's preserved issue.

PEOPLE V TROY BUSH, No. 152293; Court of Appeals No. 326658. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we remand this case to the Court of Appeals for consideration as on leave granted.

*Orders Remanding Cases to Trial Courts for Further Proceedings in Light of* People v Lockridge, *498 Mich 358 (2015) Entered October 28, 2015:*

PEOPLE V BANNISTER, No. 147920; Court of Appeals No. 317265.

PEOPLE V CARLOS BRAGG, No. 147978; Court of Appeals No. 310200.

PEOPLE V SCHWEBACH, No. 148151; Court of Appeals No. 314839.

PEOPLE V CARSWELL, No. 148244; Court of Appeals No. 316807.

PEOPLE V PAQUETTE, No. 148258; Court of Appeals No. 315907.

PEOPLE V HULTBERG, No. 148303; Court of Appeals No. 314845.

PEOPLE V SAVAGE, No. 148330; Court of Appeals No. 317783.

PEOPLE V SUSORNEY, No. 148447; Court of Appeals No. 317685.

PEOPLE V NARD, No. 148533; Court of Appeals No. 318527.

PEOPLE V ROBY, No. 148544; Court of Appeals No. 311221.

PEOPLE V ERICKSON, No. 148589; Court of Appeals No. 318832.

PEOPLE V O'KEEFE, No. 148656; Court of Appeals No. 319135.